UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA
vs.
MICHAEL GRAVES

CRIMINAL ACTION NO. 7:18-CR-00960-6

## STATEMENT OF JOHN L. GREEN

State of Texas &sect;

County of Harris &sect;

Before me, the undersigned authority, on this day personally appeared John L. Green, after being duly sworn, stated the following:

"My name is John L. Green. I am over 18 years of age, of sound mind, and fully competent to make this affidavit. I am the attorney and legal counsel of record for Defendant, Michael Graves, in this case. I have been licensed to practice law in the State of Texas since 1992. I am also a Texas licensed Certified Public Accountant and Real Estate Broker. I am fully authorized and qualified to make this Statement. I have personal knowledge of the facts stated herein and they are all true and correct."

"Five years ago, on May 23, 2013, pursuant to a warrantless search, the following eight hunting firearms and ammunition, belonging to Defendant's family were seized from Defendant's homestead:

  a. Smith Corona 1903A Rifle SN:4797906
  b. Browning Citori XS Sporting Shotgun CAL:12 SN:02960MV131
  c. Winchester 94 Rifle CAL:44 SN:6155233
  d. Mossberg 500A Shotgun CAL:12 SN:L760091
  e. Browning Bar22 Rifle CAL:22 SN:02812MT212
  f. Marlin Firearms CO. 1895GS Rifle CAL:45-70 SN:99065357
  g. 5 Rounds Remington Ammunition CAL:30-06
  h. 7 Rounds Assorted Ammunition CAL:45-70

"The Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") has agreed to return these firearms me, since Defendant, Michael Graves, is prohibited, under federal law, from possessing firearms and/or ammunition.

"I hereby expressly agree and promise, under the penalty of perjury, that I will not ever release these firearms and ammunition to Defendant, Michael Graves, or anyone under his direction or control. I also promise, under the penalty of perjury, that I will not ever let Defendant, Michael Graves, or anyone under his direction or control exert any influence over the use of these firearms and ammunition. As an officer of the Court, I take this duty very seriously. I acknowledge that allowing Defendant, Michael Graves, to use or obtain control of the firearms and ammunition would aid and abet an 18 U.S.C. § 922(g) violation. I further promise that I will keep these guns as barter for fees and use them as my own without regards to Defendant, Michael Graves."

"I declare under penalty of perjury that the foregoing is true and correct. Executed and signed on January 4, 2019."

_____
John L. Green, *Affiant*

SUBSCRIBED AND SWORN TO BEFORE ME on January 4, 2019, by John L. Green.

BLAIR KRISTEN WOODARD
Notary ID # 128931959
My Commission Expires
April 5, 2020

_____
Notary Public, State of Texas